**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
CHARLES GANGI,

                        Plaintiff,

                -against-

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,
GATEWAY DEVELOPMENT
COMMISSION, MACE NORTH
AMERICA LIMITED, PARSONS
CORPORATION, ARCADIS OF NEW
YORK, INC., MACE-PARSONS-
ARCADIS JV d/b/a MPA DELIVERY
PARTNERS, THE RELATED
COMPANIES, L.P. and THE RELATED
COMPANIES, INC.,

                      Defendants.
-------------------------------------------------------------------------X

**26 Civ. 190 (LAK) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's affirmation in response to the Court's April 10, 2026 order to show cause. (Dkt. No. 21). Plaintiff's counsel writes that Plaintiff intends to amend his complaint to add The City of New York and the Port Authority of New York and New Jersey as Defendants in this matter. Plaintiff's amended complaint (if Defendants consent to such filing) or motion for leave to amend (if Defendants do not) shall be filed by no later than Friday, May 1, 2026.

      **SO ORDERED.**

DATED:    New York, New York
            April 21, 2026

                            _____
                            The Honorable Gary Stein
                            United States Magistrate Judge