**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
CHARLES GANGI,

                        Plaintiff,

            -against-

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,
GATEWAY DEVELOPMENT
COMMISSION, MACE NORTH
AMERICA LIMITED, PARSONS
CORPORATION, ARCADIS OF NEW
YORK, INC., MACE-PARSONS-
ARCADIS JV d/b/a MPA DELIVERY
PARTNERS, THE RELATED
COMPANIES, L.P. and THE RELATED
COMPANIES, INC.,

                        Defendants.
------------------------------------------------------------------------X

**26 Civ. 190 (LAK) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

    Plaintiff filed his First Amended Complaint ("FAC") in this action on May 1, 2026.  (Dkt. No. 26).  Pursuant to Fed. R. Civ. P. 15, Defendant National Railroad Passenger Corporation d/b/a Amtrak's deadline to move, answer, or otherwise respond to Plaintiff's FAC was May 15, 2026.  Nonetheless, no such filing has been made in this action.  Accordingly, Defendant Amtrak shall move, answer, or otherwise respond to Plaintiff's FAC by no later than Friday, June 5, 2026.

            **SO ORDERED.**

DATED:      New York, New York
            May 29, 2026

                                                _____
                                                The Honorable Gary Stein
                                                United States Magistrate Judge