**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
CHARLES GANGI,

                           Plaintiff,

                  -against-

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,
GATEWAY DEVELOPMENT
COMMISSION, MACE NORTH
AMERICA LIMITED, PARSONS
CORPORATION, ARCADIS OF NEW
YORK, INC., MACE-PARSONS-
ARCADIS JV d/b/a MPA DELIVERY
PARTNERS, THE RELATED
COMPANIES, L.P. and THE RELATED
COMPANIES, INC.,

                         Defendants.
------------------------------------------------------------------------X

**26 Civ. 190 (LAK) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On June 5, 2026, the parties filed on the docket a Stipulation purporting to extend Defendants Amtrak's and Gateway Development Commission's time to answer, move, or otherwise respond to Plaintiff's Amended Complaint.  (Dkt. No. 50).  In federal court, "[a] stipulation by the parties for an extension of time is ineffective if it is not also embodied in an order of the district court."  4B Wright & Miller, *Federal Practice & Procedure* § 1165 (4th ed. Apr. 2026 update); *see also Gray v. Lewis & Clark Expeditions, Inc.*, 12 F. Supp. 2d 993, 995 (D. Neb. 1998) ("Under Fed. R. Civ. P. 6(b), approval of the court is necessary to make effective a stipulation extending the time in which to answer or otherwise move in response to the complaint.").  Accordingly, in order to extend Defendants' time to respond to the Amended Complaint, the parties must submit a letter motion requesting the Court's

approval of the proposed extension in accordance with Federal Rule of Civil Procedure 6(b)(1) and Section I(G) of the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

DATED:    New York, New York
          June 8, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge