# YAPCHANYK PREZIOSO & YANG

ATTORNEYS AT LAW

550 Madison Avenue • 10th Floor
New York, NY 10022
TEL (212) 612-4200
FAX (212) 612-4284

Not a Partnership or Professional Corporation
Employees of ACE American Insurance Company, a Chubb Company

CHRISTOPHER M. YAPCHANYK
RICHARD C. PREZIOSO
LAUREN S. YANG

MAUREEN E. PEKNIC
ANTHONY J. TOMARI
ROBERT M. MAZZEI
MILES A. LINEFSKY
PETER T. MENSCHING
MICHELLE L. VIZZI

ANTHONY BOVERY
ERICA HOLDER
PETER J. CALANDRELLA
ADAM BEVELACQUA

OF COUNSEL
JAMES C. GROSSO
JONATHAN E. HILL
BHAVLEEN K. SABHARWAL
PAUL TUMBLESON


August 3, 2026

Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Gangi v. National Railroad Corporation d/b/a Amtrak et al.
Index No. 26-cv-00190-LAK-GS

Magistrate Judge Gary Stein:

I am the attorney for Mace North America Limited. I write to request an adjournment of the Initial Conference, currently scheduled for August 11, 2026 at 2:00PM, until September 28 or 29. Plaintiff and all codefendants consent to this request. This is the first request to adjourn the Initial Conference.

As you know, this personal injury case relates to a construction accident. On January 9, 2026, this case was removed to the Southern District of New York. Dkt. 1. Since then, the National Railroad Passenger Corporation d/b/a Amtrack, Gateway Development Commission, Mace North America Limited, Parsons Corporation, Arcadis of New York, Inc., The City of New York, and The Port Authority of New York and New Jersey have answered the complaint. Dkts. 5, 57, 59, 62, 70, 72. However, Mace-Parsons-Arcadis JV d/b/a MPA Delivery Partners (herein referenced as the "Joint Venture") still must retain an attorney to answer the complaint. Upon information and belief, the Joint Venture will retain an attorney to appear within the coming week. Consequently, for purposes of judicial economy and efficiency, the parties agree that adjourning the currently scheduled Initial Conference would provide time for the Joint Venture to respond to the complaint and to contribute in drafting the proposed Case Management Plan and Scheduling Order and to participate in the Initial Conference. The parties will be

available to appear for the initial conference on September 28 or 29. Thank you for your consideration of this request.

Very truly yours,
YAPCHANYK, PREZIOSO & YANG

Adam Bevelacqua

cc: **VIA ECF**
Chad Peter Ayoub
Zaremba Brown PLLC
40 Wall Street
52nd Floor
New York, NY 10005

Althea Waveney Harris
Nicola Carlene Richards
Cullen and Dykman
One Battery Park Plaza, 34th floor
New York, NY 10004

Scott Kenneth Winikow
Manning Gross + Massenburg LLP
200 Vesey Street
Ste 25th Floor
New York, NY 10281

Gail J. Monaco
Gallo Vitucci Klar
90 Broad Street
12th Floor
New York, NY 10004

Application granted. The Initial Case Management Conference scheduled for August 11, 2026 is hereby adjourned to Monday, October 5, 2026 at 2:00 p.m. The parties are directed to join the conference through the instructions included in Docket Number 63.

SO ORDERED.

Date: New York, New York
August 7, 2026

**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**